| | |
|---|---|
| Sheehan & Associates, P.C. | 60 Cuttermill Rd Ste 412<br>Great Neck NY 11021 |
| Spencer Sheehan<br>spencer@spencersheehan.com | T (516) 268-7080<br>F (516) 234-7800 |

May 1, 2023

District Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                         Re:    1:23-cv-01060-PGG
                                  Del Rosario v. Sazerac Company, Inc.

Dear District Judge Gardephe:

      This office represents the Plaintiff. In accordance with the Court's Rules, Plaintiff, with consent of the Defendant, requests an adjournment of the Initial Pretrial Conference ("Conference"), currently scheduled for May 11, 2023, at 10:30 am, until July 5, 2023, at 10:30 am with accompanying submissions due June 28, 2023.

      This action was filed on February 8, 2023. ECF No. 1. On February 9, 2023, the Court set the Conference for May 11, 2023, at 10:30 am with accompanying submissions to be due by May 4, 2023. ECF No. 5. On April 18, 2023, Plaintiff filed a waiver of service setting Defendant's answer or response due by June 20, 2023. ECF No. 7.

      The Parties respectfully request the Conference be adjourned until July 5, 2023, approximately two weeks after Defendant's answer or response is due so that the Defendant can determine how to respond to the complaint and the Parties can develop an accurate case management plan.

      There have been no previous requests for the Conference. No previous request was granted or denied. Defendant consents to this request. This request is submitted at least two business days prior to the scheduled appearance. This request does not affect any other scheduled dates.

**MEMO ENDORSED:** The conference scheduled for May 11, 2023 is adjourned to June 29, 2023 at 11:15 a.m. In Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

*Paul G. Gardephe (signature)*
_____
Paul G. Gardephe
United States District Judge
Date: May 8, 2023

Respectfully submitted,

/s/Spencer Sheehan

## Certificate of Service

I certify that on May 1, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan