UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA DEL ROSARIO, *individually and on behalf of all others similarly situated*,<br><br>                          Plaintiffs,<br><br>               -against-<br><br>SAZERAC COMPANY, INC.,<br><br>                          Defendant. | 23-CV-01060 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The motion for leave to appear remotely is DENIED AS MOOT. ECF No. 13. The motion for an extension is also DENIED AS MOOT. ECF No. 22. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 13 and 22.

SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                                    _____
                                                            ARUN SUBRAMANIAN
                                                         United States District Judge