# REESE LLP

**Via CM/ECF**                                                        June 28, 2024

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:    *Andrews et al. v. Sazerac Company, Inc.*, No. 1:23-cv-01060

Dear Judge Subramanian,

As set forth below, Plaintiffs Andrews and Kahn ("Plaintiffs") respectfully request that certain portions of the Rebuttal Declaration of A. Lynn Matthews be filed under seal.

Portions of the declaration of Dr. Matthews quote from or discuss the report of Dr. Reibstein. ECF No. 77-5. This report was submitted by Defendant Sazerac Company, Inc. as part of its Opposition to the Motion for Class Certification, and Defendant filed it under seal. *See* ECF No. 77. Plaintiffs take no position on the propriety of sealing Dr. Reibstein's report, but out of an abundance of caution, Plaintiffs seek to seal their document that quotes and discusses this report.

For these reasons, Plaintiffs respectfully request that the Court permit them to file the above-referenced document under seal.

Respectfully submitted,

*/s/ Charles D. Moore*
Charles D. Moore
**REESE LLP**

cc:    All counsel of record, via CM/ECF

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions. The Clerk of Court is directed to restrict viewing access of ECF No. 83 to the Court and parties, and to terminate the motions at ECF Nos. 82 and 83

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 30, 2024