UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILBERT ANDREWS and STEVEN KHAN, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

SAZERAC COMPANY, INC.,

                Defendant.

23-cv-1060 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

       The Court intends to issue an amended order regarding class certification. For this reason, the Court withdraws its prior order, and pending issuance of its amended order, stays further proceedings in this case. Plaintiffs are invited to file a response to the arguments in defendants' Rule 23(f) petition by 5:00 pm on January 31, 2025.

       SO ORDERED.

Dated: January 23, 2025
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge