USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 21, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOEL TAPIA,

            Petitioner-Defendant,

    v.

UNITED STATES OF AMERICA,

            Respondent.
-----------------------------------------------------------X

23-CV-10601 (KMW)
17-CR-512 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Joel Tapia has filed a notice of change of address and requested that this Court "forward a copy of my last entered documents" because his "property and paperwork" were lost when he was transferred to a new facility. (Letter, ECF No. 9.) Tapia is currently appealing this Court's denial of his 28 U.S.C. § 2255 motion, ECF No. 5, to the Second Circuit.

    The Clerk of Court is respectfully directed to mail copies of the following documents from the criminal docket, 17-CR-512, to Tapia: ECF Nos. 758, 764, 765, and 771.

    SO ORDERED.

Dated: New York, New York
       February 21, 2025

                                          /s/ Kimba M. Wood
                                         Kimba M. Wood
                                  United States District Judge