UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILBERT ANDREWS and STEVEN KHAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>SAZERAC COMPANY, INC.,<br><br>        Defendant. | 23-cv-1060 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The case management plan in this case provides that "[p]arties seeking to make post-discovery dispositive motions should submit a letter to the Court . . . within 60 days after the Court's ruling on the class certification motion." Dkt. 31 ¶ 12. Sixty days have passed since the Court issued its class-certification decision, *see* Dkt. 99, and no letter has been submitted. Accordingly, by September 18, 2025, the parties should provide trial dates for January or February 2026.

  SO ORDERED.

Dated: September 2, 2025
    New York, New York

                         ARUN SUBRAMANIAN
                         United States District Judge