# REESE LLP

**Via CM/ECF**                                                      December 12, 2025

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:     *Andrews et al. v. Sazerac Company, Inc.*, No. 1:23-cv-01060

Dear Judge Subramanian,

As set forth below, Plaintiffs Andrews and Kahn ("Plaintiffs") respectfully request that certain Exhibits ancillary to her forthcoming Opposition to Summary Judgment be filed under seal.

Pursuant to Your Honor's Individual Rules of Practice 11(C)(ii), Plaintiffs request they be allowed to redact the highlighted portions of, and file under seal, portions of Plaintiffs' Opposition to Motion to Seal as well as exhibits attached to the Declaration of Charles Moore in support thereof, designated "Confidential."

All of these documents incorporate by reference documents or things produced by Defendant Sazerac Company, Inc. ("Sazerac") and designated as "Confidential." Under the terms of the Protective Order, by so designating that material, Sazerac has represented that such material has been designated Confidential, and consists of:

"(a) previously nondisclosed financial information (including without limitation profitability reports or estimates, percentage fees, design fees, royalty rates, minimum guarantee payments, sales reports, and sale margins); (b) previously nondisclosed material relating to ownership or control of any non-public company; (c) previously nondisclosed business plans, product development information, or marketing plans; (d) any information of a personal or intimate nature regarding any individual; or (e) any other category of information hereinafter given confidential status by the Court"

Case No. 1:23-cv-01060-AS, ECF No. 48, ¶ 2.

Under the terms of the protective order entered by this Court, "[a]ll Confidential Discovery Material filed with the Court, and all portions of pleadings, motions or other papers filed with the Court that disclose such Confidential Discovery Material, shall be filed under seal and kept under seal until further order of the Court. *Id.* at ¶ 6.

Letter Request to File Documents Under Seal
December 12, 2025
Page | 2

For the same reasons that the Court entered the protective order, good cause exists to permit Plaintiffs to file these documents under seal. In ruling on a motion to seal, the Court must balance the competing interests at stake, which include the public's interest in access to judicial documents, and the privacy interest of the party resisting disclosure. *Lugosch v. Pyramid Co. of Onondaga,* 435 F.3d 110, 119-20 (2d Cir. 2006).

For these reasons, Plaintiffs respectfully request that the Court permit her to file the above-referenced documents under seal.

Respectfully submitted,

*/s/ Charles D. Moore*
Charles D. Moore
**REESE LLP**

cc:     All counsel of record, via CM/ECF

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 126.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 7, 2026