UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wilbert Andrews et al., | |
| Plaintiffs, | 23-CV-1060 (AS) |
| -against- | |
| Sazerac Company, Inc., | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

The parties are directed to submit a joint letter within seven days explaining their respective positions on whether the Court should approve the unopposed class notice motion now, or wait for the resolution of the pending summary judgment motion in the other cases mentioned in the notice.

SO ORDERED.

Dated: April 3, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge