**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN KHAN, *individually on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>– against –<br><br>SAZERAC COMPANY, INC.,<br><br>Defendant. | No. 1:23-cv-1060-AS<br><br>**CLASS REPRESENTATIVE'S AMENDED NOTICE OF MOTION FOR (1) APPOINTMENT OF RG/2 CLAIMS ADMINISTRATION LLC AS CLASS NOTICE PROVIDER AND (2) APPROVAL OF THE PROPOSED NOTICE PROGRAM** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Amended Motion for (1) Appointment of RG/2 Claims Administration LLC as Class Notice Provider and (2) Approval of the Proposed Notice Program, all papers on file in the above-captioned action; and, such further evidence as the Court may require, Plaintiff will move this Court, before the Honorable District Judge Arun Subramanian, on a date and time the Court will determine, for an Order appointing RG/2 Claims Administration LLC as Class Notice Provider and Approving the Proposed Notice Program.

Respectfully submitted,

Dated: February 6, 2026

**REESE LLP**

By: _*/s/ Charles D. Moore*_____________________

Charles D. Moore
121 N. Washington Ave, 2nd Floor
Minneapolis, MN 55401
Telephone: (213) 594-5300
*cmoore@reesellp.com*

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, NY 10025
Tel: (212) 643-0500
*mreese@reesellp.com*

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan
60 Cuttermill Road, Suite 412
Great Neck, New York 11021
Telephone: (516) 268-7080
Facsimile: (516) 234-7800
*spencer@spencersheehan.com*

**BURSOR & FISHER, P.A.**
Neal J. Deckant
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (646) 837-7165
Facsimile: (212) 989-9163
*ndeckant@bursor.com*

**LAUKAITIS LAW LLC**
Kevin Laukaitis
Daniel Tomascik
954 Avenida Ponce De Leon
Suite 205, #10158
San Juan, PR 00907
Tel: (215) 789-4462
*klaukaitis@laukaitislaw.com*
*dtomascik@lauktisilaw.com*

*Court Appointed Class Counsel*

DENIED WITHOUT PREJUDICE.

Plaintiffs should file a motion for approval of class notice that is directed to this case rather than one that incorporates elements of *Pizarro v. Sazerac Company Inc.*, No. 23 Civ. 2751 (S.D.N.Y.), and *Koonce v. Sazerac Company, Inc.,* No. 23 Civ. 4323 (S.D.N.Y.). Defendant may present objections, if any, to plaintiffs' renewed motion for approval of class notice after it is filed.

The Clerk of Court is respectfully directed to terminate the motion at ECF 147.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 29, 2026